# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LINDA BLACK,

    Plaintiff,

                                    CASE NO.:  6:16-cv-00098-Orl-41DAB

-vs-

BLUESTEM BRANDS, INC.,
d/b/a FINGERHUT,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, LINDA BLACK, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, LINDA BLACK, and Defendants, BLUESTEM BRANDS, INC. d/b/a FINGERHUT, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.   Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

/s/ *Frank H. Kerney, III*
FRANK H. KERNEY, III, ESQUIRE
Florida Bar#: 88672
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin St., Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
Email:  fkerney@forthepeople.com
Secondary: lcrouch@forthepeople.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 8th day of March, 2016, the foregoing was filed

electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and

a copy of which was served via electronic mail to:

KIMBERLY A. KOVES, ESQUIRE
Kimberly A. Koves (FBN: 100282)
WIAND GUERRA KING P.A
kkoves@wiandlaw.com.
5505 W. Gray Street
Tampa, FL 33609
Phone: (813) 347-5100
Fax: (813) 347-5198
*Attorneys for Defendant, Bluestem Brands, Inc.*

*/s/ Frank H. Kerney, III*
FRANK H. KERNEY, III, ESQUIRE
Florida Bar#: 88672